In the Matter of ELVIN LEBRON, Appellant, v PHILIP V. DONAHUE et al., Respondents.

Submitted May 2, 2005; decided June 9, 2005

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of ELVIN LEBRON, Appellant, v SANDRA LEWIS SMITH, as Deputy Commissioner of the New York City Department of Corrections, et al., Respondents.

Submitted May 2, 2005; decided June 9, 2005

Motions for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motions for poor person relief dismissed as academic.

In the Matter of LESLIE ANN W., Appellant, v NOAH ALEXANDER B., Respondent.

Submitted May 16, 2005; decided June 9, 2005

Motion for leave to appeal dismissed upon the ground that it does not lie (see NY Const, art VI, § 3 [b]; CPLR 5602). Motion for a stay dismissed as academic.